IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01892-CMA-KLM

JENNIFER PERINN,

    Plaintiff,

v.

CITY OF COMMERCE CITY, COLORADO,
CHIEF PHILLIP BACA, in his individual and official capacity as Chief of Commerce City Police,
COMMERCE CITY POLICE DEPARTMENT,
COMMERCE CITY POLICE OFFICER NICHOLAS CARR, in his individual and official capacity as a Commerce City Police Officer,
COMMERCE CITY POLICE OFFICER ERIC EWING, in his individual and official capacity as a Commerce City Police Officer,
COMMERCE CITY POLICE OFFICER GILMORE, in his individual and official capacity as a Commerce City Police Officer,
COMMERCE CITY POLICE OFFICER JEREMY JENKINS, in his individual and official capacity as a Commerce City Police Officer,
COMMERCE CITY POLICE OFFICER KEVIN LORD, in his individual and official capacity as a Commerce City Police Officer,
COMMERCE CITY POLICE OFFICER ROB MCCOY, in his individual and official capacity as a Commerce City Police Officer,
COMMERCE CITY POLICE OFFICER JAMES QUEISNER, in his individual and official capacity as a Commerce City Police Officer,
COMMERCE CITY POLICE OFFICER WALKINSHAW, in his individual and official capacity as a Commerce City Police Officer,
COMMERCE CITY POLICE OFFICER KEVIN WOOD, in his individual and official capacity as a Commerce City Police Officer,
COMMERCE CITY POLICE OFFICER BRANDON ZBOROWSKI, in his individual and official capacity as a Commerce City Police Officer,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to File Amended Complaint** [Docket No. 28; Filed August 22, 2011] (the "Motion"). As a preliminary matter, the Motion does not contain a legal or factual basis for permitting amendment. *See*

D.C.COLO.LCivR 7.1C. Specifically, the Motion does not explain what amendments are being made or why amendment is necessary or appropriate. Nevertheless, given that the Motion is filed prior to a pleading amendment deadline being set, Defendants have not yet filed an answer and, in any event, do not oppose amendment,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Future motions must provide a legal and factual basis for their requests or they will be summarily denied.

IT IS FURTHER **ORDERED** that the Second Amended Complaint [Docket No. 28-1] is accepted for filing as of today's date.

IT IS FURTHER **ORDERED** Defendants shall answer or otherwise respond to Second Amended Complaint on or before **September 9, 2011**.

Dated:  August 23, 2011